UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

          Plaintiff,

    v.

CARMASSI FAMILY LIMITED PARTNERSHIP, a California limited partnership,

          Defendants.

NO. CIV. S-09-3285 LKK/EFB

O R D E R

On November 25, 2009, plaintiff filed a complaint against defendant. A summons was issued the same day. The initial scheduling conference for this case has been continued twice because plaintiff has not yet served defendant. The conference is now set for May 17, 2010. On May 7, 2010, plaintiff filed a status report indicating that he has still not yet served defendant.

Pursuant to Fed. R. Civ. P. 4(m), "If a defendant is not served within 120 days after the complaint is filed the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Pursuant to this rule, plaintiff should have served his complaint by March 25, 2010.

1

Plaintiff has not provided the court with any explanation for his delay in serving defendant.

    For the foregoing reasons the court orders as follows:

    (1) Plaintiff must serve defendant within twenty-one (21) days of the issuance of this order. Failure to do so, without good cause, will result in dismissal of plaintiff's complaint.

    (2) The status conference scheduled for May 17, 2010 is VACATED.

    (3) The status conference is reset for July 19, 2010 at 1:30 p.m. Parties shall file status reports fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

DATED: May 11, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2